UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                        23-CR-99-LVJ

SCOTT BARNES,

        Defendant.

---

## **PRELIMINARY ORDER OF FORFEITURE**

**WHEREAS,** on December 27, 2024, the defendant, SCOTT BARNES, pled guilty to Count 27 of the Second Superseding Indictment (ECF No. 24) charging a violation of Title 18, United States Code, Section 922(g)(1) (Felon in Possession of Firearms);

**WHEREAS,** based upon the defendant's conviction of Count 27, and from his agreement (ECF No. 332) that the below property is subject to forfeiture, the government has established the requisite nexus between the defendant's violation of Title 18, United States Code, Section 922(g)(1) and the following property subject to forfeiture (the "Seized Firearm and Ammunition"):

    a.    One (1) Glock 22 handgun, .40 caliber, bearing serial number GPU157; and

    b.    Approximately eleven (11) unfired .40 caliber ammunition with magazine.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code, Sections 924(d) and 3665, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), the defendant's right, title, and interest in the Seized Firearm and Ammunition is hereby condemned and forfeited to the United States of America; it is further

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), and Title 21, United States Code, Section 853(g), the United States of America is authorized to seize and take all steps necessary and appropriate to protect its interest in the Seized Firearm and Ammunition, including taking actual possession of the Seized Firearm and Ammunition. Any person or entity which has possession of, or jurisdiction over the Seized Firearm and Ammunition, is directed to make the Seized Firearm and Ammunition available to federal authorities in accordance with this Order; it is further

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and Title 21, United States Code, Section 853(h), following the seizure of the Seized Firearm and Ammunition, the Attorney General, through the United States Attorney's Office and/or any other duly authorized federal agency, shall direct the disposition of the Seized Firearm and Ammunition making due provision for the rights of any innocent persons; it is further

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to Federal Rule of Criminal Procedure 32.2(b)(6)(A) and Title 21, United States Code, Section 853(n)(1), the

United States shall publish notice of this Order and of its intent to dispose of the Seized Firearm and Ammunition in such manner as the Attorney General, through the United States Attorney's Office and/or any other duly authorized federal agency, may direct. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in any portion of the Seized Firearm and Ammunition, as a substitute for published notice as to those persons so notified; it is further

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to Title 21, United States Code, Section 853(n)(2), any person, other than the defendant, having or claiming a legal interest in the Seized Firearm and Ammunition, must file a petition with the court within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever is earlier, for a hearing to adjudicate the validity of the petitioner's alleged interest in the Seized Firearm and Ammunition; it is further

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to Title 21, United States Code, Section 853(n)(3), any petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Seized Firearm and Ammunition, and any additional facts supporting the petitioner's claim and the relief sought; it is further

**ORDERED, ADJUDGED, AND DECREED,** pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A) and (B), this Preliminary Order shall become final as to the defendant at the time of the defendant's sentencing and shall be made part of the defendant's sentence and included in his judgment of conviction. If no third-party files a timely claim, this

Preliminary Order, together with Supplemental Orders of Forfeiture, if any, shall become the Final Order of Forfeiture, as provided by Federal Rule of Criminal Procedure 32.2(c)(2). At that time, the monies and/or properties forfeited herein shall be forfeited to the United States for disposition in accordance with the law.

**SO ORDERED.**

Dated: June 10, 2025
Buffalo, New York

_____
HON. LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE

4